UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RAY COLLINS and
JOCELYNE ROBLEDO

No. 25 CR 608

Magistrate Judge Gabriel A. Fuentes

## GOVERNMENT'S MOTION TO DISMISS THE CRIMINAL COMPLAINT

The United States of America, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, hereby moves to dismiss the criminal complaint (doc. 1), as to both defendants, pursuant to Fed. R. Crim. P. 48(a).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     /s/ Brian Havey
        BRIAN HAVEY
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 469-6305
        brian.havey@usdoj.gov